**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                     PLAINTIFF

v.                                            NO. 4:07CR0042 JLH

FRANK RAY, III                                                              DEFENDANT

**ORDER**

On March 31, 2009, the United States moved to dismiss the indictment against Frank Ray,

III.  The time for responding to that motion has expired, and Mr. Ray has not objected.  Therefore,

the motion to dismiss is GRANTED.  Document #26.  The indictment in this case is hereby

dismissed.

IT IS SO ORDERED this 15th day of April, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE